# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

REV. STEFON A. WILLIAMS AND
JEFFREY E. WILLIAMS

NO.   2021 CW 0823

VERSUS

DYNAMIC THERAPY, LLC, ET AL.

**OCTOBER 5, 2021**

---

In Re:   The Louisiana Patient's Compensation Fund and the Louisiana Patient's Compensation Fund Oversight Board, applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 74984.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT NOT CONSIDERED.**   In order to properly consider this matter, this court must be provided with a copy of the transcript of the hearing held on plaintiffs' Petition to Approve Settlement on March 8, 2021 to ascertain what, if any, evidence was admitted during the hearing.

Supplementation of this writ application and/or application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 4-9 and 2-18.7.

In the event relators seek to file a new application with this court, it must contain all pertinent documentation, the missing item noted above, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2.   Any new application must be filed no later than November 4, 2021 and must contain a copy of this ruling.

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT